UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CIV 4195

| | |
|---|---|
| MARSH USA INC. and MARSH & MCLENNAN COMPANIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CHAD W. KARASAKI<br><br>Defendant. | Case No. _____<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiffs Marsh USA Inc. ("Marsh USA") and Marsh & McLennan Companies, Inc. ("MMC"), by and through their undersigned attorneys, submit this Corporate Disclosure Statement pursuant to Rule 7.1, Fed. R. Civ. P., and state as follows:

1. Marsh USA is a wholly owned subsidiary of MMC, a publicly traded company on the New York Stock Exchange. MMC has no parent corporation.

2. There are no other publicly held corporations that own ten percent (10%) or more of Marsh USA's or MMC's stock.

DATED this 2nd day of May, 2008
New York, New York

_____
Gary D. Friedman, Esq. (GF 6175)
David R. Fertig, Esq. (DF 5068)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
gary.friedman@weil.com
david.fertis@weil.com

Nenad Krek, Esq. (NK6300)
CARLSMITH BALL LLP
American Savings Tower, Suite 2200
1001 Bishop Street
Honolulu, HI 96813
(808) 523-2533 (v)
(808) 523-0842 (f)
nk@carlsmith.com

Attorneys for Plaintiffs
MARSH USA INC. and MARSH &
MCLENNAN COMPANIES, INC.