JUDGE KOELTL

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

MARSH USA INC. and MARSH & MCLENNAN COMPANIES, INC.

    Plaintiffs,

v.

CHAD W. KARASAKI

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 4195

TO: (Name and address of Defendant)

CHAD W. KARASAKI
201 Merchant Street, Suite 2400
Honolulu, Hawaii 96813
    and/or
307 Hamakua Drive
Kailua, Hawaii 96734

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Gary D. Friedman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

_[signature]_

(BY) DEPUTY CLERK

DATE: MAY 02 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/8/08 |
| NAME OF SERVER (PRINT) Kenneth Gavsie | TITLE Associate, Weil, Gotshal & Manges LLP |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: *Summons and complaint upon Rachel Stevens,*
  *I personally served a copy of the Summons and complaint upon Rachel Stevens,*
  *an associate at DLA Piper US LLP, after she represented to me that she would accept*
  *service on Defendant Chad W. Katsakis's behalf. Service occurred in Hon. John Koeltl's courtroom.*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/8/08
              Date              Signature of Server

151 E 31 St. #18-C  New York, NY 10016
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                *Signature of Server*

                                            _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.