UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH USA, INC., a Delaware corporation; and MARSH & MCLENNAN COMPANIES, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAD W. KARASAKI,<br><br>Defendant. | CIVIL NO. 08 Civ. 4195 (JGK)<br><br>DECLARATION OF CHRISTOPHER DAVIS |

## DECLARATION OF CHRISTOPHER DAVIS

I, Christopher Davis, declare:

1.    I am a Vice President with Marsh Risk and Insurance Services in San Francisco, CA.

2.    Attached as Exhibit "A" is a true copy of an email I received at or about 6:53 a.m. on March 21, 2008 from James Sifferman, Managing Account Executive at Zurich Residential Risk ("Zurich"), an insurance company. In that email, Mr. Sifferman states, among other things, that he was looking for a contact at Marsh of Hawaii to advise that Zurich had received Broker of Record letters from Aon Risk Services Inc. of Hawaii ("Aon Hawaii) on behalf of Maryl Group, Kiahuna Kanihiku dba Wainani and Stanford Carr Development , LLC – all Marsh Hawaii clients at the time of the email – identifying Aon Hawaii as their new

broker. Chad Karasaki, former Managing Director and Head of Marsh Hawaii, who was employed by Aon at the time of this email, is copied on the email from Mr. Sifferman.

3.    Attached as Exhibit "B" is a true copy of an email I received at or about 10:31 a.m. later that same day (March 21, 2008) from Helen Otani of Aon Hawaii confirming the transfer of client accounts from Marsh to Aon Hawaii. Karasaki is copied on the email from Ms. Otani.

This declaration is made pursuant to 28 U.S.C. § 1746(2).    I declare under penalty of perjury that the foregoing is true and correct.

Executed on Tuesday, April 29, 2008 at San Francisco, CA.

_____
CHRISTOPHER DAVIS

MARSH USA INC. ET AL. v. CHAD W. KARASAKI (SDNY);
DECLARATION OF CHRISTOPHER DAVIS

**EXHIBIT A**



James Siffermann
<james.siffermann@zurichn
a.com>

03/21/2008 06:53 AM

To  Christopher
Davis/SFO-CA/US/Marsh/MMC@MMC
cc  Michael Hopson
<michael.hopson@zurichna.com>, Jeffrey
Grewing <jeffrey.grewing@zurichna.com>,   (more below)
bcc

Subject  Broker of Record Letters - Marsh Hawaii to Aon
Risk Services of Hawaii

History:                  ⚙ This message has been replied to and forwarded.

Chris:  I left you a voicemail message yesterday looking for a contact at
Marsh of Hawaii but didn't hear from you.  This letter is to officially
inform you that Zurich has received three (3) Broker/Agent of Record
letters requesting that we recognize Aon Risk Services Inc. of Hawaii as
the exclusive Broker/Agent of Record with respect to all of it's Property,
Casualty, Management Liability, and Surety etal business for the following
accounts:

Maryl Group
Effective March 17, 2008
Signed by Mark Richards - President

Kiahuna Kanihiku dba Wainani
Effective March 17, 2008
Signed by Mark Richards - President

Stanford Carr Development, LLC
Effective March 19, 2008
Signed by Stanford S. Carr - President


I have attached copies of the BOR letters below.  I will be processing the
official  Broker of Record Letters this AM.  Call me when you have a
chance.

(See attached file: Maryl Group BOR.pdf)(See attached file: Wainani
BOR.pdf)(See attached file: BOR_SCD.pdf)

Thanks,
Jim Siffermann
Managing Account Executive
Zurich Residential Risk
Ph:  602-512-2022
Fax: 866-891-9870
Cell:  602-821-5819


****************** PLEASE NOTE ******************
This E-Mail/telefax message and any documents accompanying this
transmission may contain privileged and/or confidential information and is
intended solely for the addressee(s) named above.  If you are not the
intended addressee/recipient, you are hereby notified that any use of,
disclosure, copying, distribution, or reliance on the contents of this
E-Mail/telefax information is strictly prohibited and may result in legal
action against you. Please reply to the sender advising of the error in

transmission and immediately delete/destroy the message and any

accompanying documents.    Thank you. Maryl Group BOR.pdf  Wainani BOR.pdf  BOR_SCD.pdf

All Recipients

To:       Christopher Davis/SFO-CA/US/Marsh/MMC@MMC
cc:       Michael Hopson <michael.hopson@zurichna.com>, Jeffrey Grewing <jeffrey.grewing@zurichna.com>,
          Bruce McNabb <bruce.mcnabb@zurichna.com>, Kathleen Kelly <kathleen.kelly@zurichna.com>, Irene L
          Fujimoto/HON-HI/US/Marsh/MMC@MMC, Chad_Karasaki@ars.aon.com, Helen_Otani@ars.aon.com
From:     James Siffermann <james.siffermann@zurichna.com>

**EXHIBIT B**



Helen Otani
<Helen_Otani@ars.aon.com
>

03/21/2008 10:31 AM

To   James Siffermann
     <james.siffermann@zurichna.com>
cc   Bruce McNabb
     <bruce.mcnabb@zurichna.com>,
     Chad_Karasaki@ars.aon.com, Christopher    (more below)
bcc

Subject   Re: Broker of Record Letters - Marsh Hawaii to
          Aon Risk Services of Hawaii [Virus Checked]

History:            🕮 This message has been forwarded.

Aloha James,

Attached are the revised authorization letters waiving the 10 days waiting
period.

(See attached file: Rev_Wainani BOR.pdf)(See attached file: Rev_Maryl Group
BOR.pdf)(See attached file: Rev Stanford BOR dated 032008.pdf)

Helen Otani, CIC, CISR | Aon Risk Services of Hawaii
201 Merchant Street, Suite 2400
Honolulu, HI   96813
P: 808 540-4358  F: 808 540-4301  E-Mail: Helen_Otani@ars.aon.com


                    James Siffermann
                    <james.siffermann@zu        To:
Christopher.Davis@Marsh.com
                    richna.com>                 cc:        Michael Hopson
<michael.hopson@zurichna.com>,
                                                Jeffrey Grewing
<jeffrey.grewing@zurichna.com>, Bruce
                    03/21/2008 03:53 AM         McNabb
<bruce.mcnabb@zurichna.com>, Kathleen Kelly

<kathleen.kelly@zurichna.com>, "Irene L.Fujimoto"

<Irene.L.Fujimoto@marsh.com>, Chad_Karasaki@ars.aon.com,
                                                Helen_Otani@ars.aon.com
                                                Subject:  Broker of Record
Letters - Marsh Hawaii to Aon

[Virus Checked]                                 Risk Services of Hawaii


An attachment named MARYL GROUP BOR.PDF was removed.
An attachment named WAINANI BOR.PDF was removed.
An attachment named BOR_SCD.PDF was removed.


Chris:  I left you a voicemail message yesterday looking for a contact at
Marsh of Hawaii but didn't hear from you.  This letter is to officially
inform you that Zurich has received three (3) Broker/Agent of Record

letters requesting that we recognize Aon Risk Services Inc. of Hawaii as
the exclusive Broker/Agent of Record with respect to all of it's Property,
Casualty, Management Liability, and Surety etal business for the following
accounts:

Maryl Group
Effective March 17, 2008
Signed by Mark Richards - President

Kiahuna Kanihiku dba Wainani
Effective March 17, 2008
Signed by Mark Richards - President

Stanford Carr Development, LLC
Effective March 19, 2008
Signed by Stanford S. Carr - President


I have attached copies of the BOR letters below.  I will be processing the
official  Broker of Record Letters this AM.  Call me when you have a
chance.

(See attached file: Maryl Group BOR.pdf)(See attached file: Wainani
BOR.pdf)(See attached file: BOR_SCD.pdf)

Thanks,
Jim Siffermann
Managing Account Executive
Zurich Residential Risk
Ph:  602-512-2022
Fax: 866-891-9870
Cell:  602-821-5819


+++++++++++++++++++ PLEASE NOTE +++++++++++++++++++
This E-Mail/telefax message and any documents accompanying this
transmission may contain privileged and/or confidential information and is
intended solely for the addressee(s) named above.  If you are not the
intended addressee/recipient, you are hereby notified that any use of,
disclosure, copying, distribution, or reliance on the contents of this
E-Mail/telefax information is strictly prohibited and may result in legal
action against you. Please reply to the sender advising of the error in
transmission and immediately delete/destroy the message and any
accompanying documents.  Thank you.


Rev_Wainani BOR.pdf  Rev_Maryl Group BOR.pdf  Rev Stanford BOR dated 032008.pdf

All Recipients
To:     James Siffermann <james.siffermann@zurichna.com>
cc:     Bruce McNabb <bruce.mcnabb@zurichna.com>, Chad_Karasaki@ars.aon.com, Christopher
        Davis/SFO-CA/US/Marsh/MMC@MMC, Irene L Fujimoto/HON-HI/US/Marsh/MMC@MMC, Jeffrey
        Grewing <jeffrey.grewing@zurichna.com>, Kathleen Kelly <kathleen.kelly@zurichna.com>, Michael
        Hopson <michael.hopson@zurichna.com>
From:   Helen Otani <Helen_Otani@ars.aon.com>