```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08
```

DLA PIPER US LLP
Robin C. Tarr (RT 8166)
Rachel V. Stevens (RS 0350)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Defendant CHAD W. KARASAKI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

MARSH USA INC. and MARSH & MCLENNAN
COMPANIES INC.,

                                           Plaintiffs,

- against -

CHAD W. KARASAKI,

                                           Defendant.

-------------------------------------------------------------------- x

Civil Action No.: 08 Civ. 4195 (JGK)

## PROPOSED *PRO HAC VICE* ORDER

The Court, having reviewed the Declaration of Rachel V. Stevens, sworn to May 14, 2008, the Affidavit of Jeffrey S. Portnoy, sworn to May 9, 2008, and the attached exhibits and the accompanying Notice of Motion for Admission *Pro Hac Vice* of Jeffrey S. Portnoy, it is hereby

ORDERED, that the admission of Jeffrey S. Portnoy *Pro Hac Vice* is granted.

_____
U. S. D. J.

Dated: 5/19/08