```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
MARSH USA INC. and MARSH &              :
MCLENNAN COMPANIES, INC.                :   Case No.: 08 Civ. 4195(JGK)
                                        :
                     Plaintiffs,        :
                                        :   STIPULATION AND ORDER
        - against -                     :
                                        :
CHAD W. KARASAKI,                       :
                                        :
                     Defendant.         :
---------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES AS FOLLOWS:

1. On May 8, 2008, the Court held a hearing on Plaintiffs' Order to Show Cause for a Preliminary Injunction and Expedited Discovery.

2. At the hearing, the Court granted Plaintiffs' request for expedited discovery in this matter, and disposed of Plaintiffs' Order to Show Cause by instructing the parties to enter into a stipulation, consistent with the Court's directives, pertaining to discovery, briefing on Plaintiffs' Preliminary Injunction Motion ("PI Motion") and setting forth a hearing date on the PI Motion:

   a. Expedited discovery in support of Plaintiffs' Motion for Preliminary Injunction shall commence immediately – i.e., May 8, 2008;

   b. Expedited discovery shall be completed by no later than August 1, 2008;

   c. During the expedited discovery period, the 30-day time period for parties to respond to discovery propounded under Fed. R. Civ. P. Rules 33 and 34 shall be reduced to 15 days.

  d. During the expedited discovery period, Plaintiffs shall be entitled to depose Mr. Karasak on two separate occasions, the first occasion being before complete discovery responses (including the production of documents) have been served by defendant, and the second occasion being after discovery responses have been served;

  e. During the expedited discovery period, Defendant's counsel of record shall be authorized to accept service of any and all subpoenas directed to Aon Corporation ("Aon"), and any of its subsidiaries and affiliates, including but not limited to, Aon Risk Services of Hawaii, Inc., and, furthermore, Defendant's counsel agrees that, as to any subpoenas specifically directed at individual employees or agents of Aon, it will ask each of those employees or agents if it can accept service on their behalf and it will do so if the individual consents;

3. Following the completion of expedited discovery, the parties shall submit briefing papers with respect to the PI Motion as follows:

  a. Plaintiffs shall serve their papers in Support of their PI Motion no later than August 15, 2008 and then file their papers with the Court promptly thereafter.

  b. Defendant shall serve their papers in opposition to the PI Motion no later than September 4, 2008 and then file their papers with the Court promptly thereafter;

4. Plaintiffs shall serve any reply papers no later than September 15, 2008 and then file their papers with the Court promptly thereafter. [handwritten: The plaintiff shall provide a courtesy set of all papers to the Court when the motion is fully briefed.] A hearing on Plaintiffs' Motion for a Preliminary Injunction shall be held before this Court, at Room 12B, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, on September 24 at 9:30 o'clock in the a.m.

2

Dated: New York, New York
May 9, 2008

Respectfully submitted,

*/s/ Gary D. Friedman*

Gary D. Friedman, (GDF 6175)
David R. Fertig (DF 5068)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
gary.friedman@weil.com

Counsel for Plaintiffs

Respectfully submitted,

*/s/ Robin C. Tarr*

Robin C. Tarr (RT 8166)
Rachel V. Stevens (RS 0350)
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 335-4954
Fax: (212) 884-8454
robin.tarr@dlapiper.com
rachel.stevens@dlapiper.com

Counsel for Defendant

SO ORDERED:

Dated: New York, New York
May 14, 2008

*/s/ John G. Koeltl*
JOHN G. KOELTL, U.S.D.J.

3