DLA PIPER US LLP
Robin C. Tarr (RT 8166)
Rachel V. Stevens (RS 0350)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Defendant CHAD W. KARASAKI

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

MARSH USA INC. and MARSH & MCLENNAN
COMPANIES INC.,

         Plaintiffs,

   - against -

CHAD W. KARASAKI,

         Defendant.

------------------------------------------------------------- x

Civil Action No.: 08 Civ. 4195 (JGK)

STIPULATION EXTENDING
TIME TO RESPOND TO THE
COMPLAINT

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties that the time for Defendant CHAD W. KARASAKI to answer, move, or otherwise respond to the Complaint is hereby extended to and including June 12, 2008. A facsimile signature on this Stipulation shall have the same force and effect as an original signature.

Dated: New York, New York
   May __, 2008

WEIL, GOTSHAL & MANGES LLP

By: ___/s/ Gary Friedman/___
Gary D. Friedman, Esq. (GDF 6175)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Attorneys for Plaintiffs Marsh USA Inc. and
Marsh & McLennan Companies Inc.

DLA PIPER US LLP

By: ___/s/___
Robin C. Tarr, Esq. (RT 8166)
Rachel V. Stevens, Esq. (RS 0350)
1251 Avenue of the Americas
New York, NY 10020
~~(212) 835-6000~~ 212-335-4500
Attorneys for Defendant Chad W. Karasaki

SO ORDERED:

___/s/ John G. Koeltl___ 6/2/08
JOHN G. KOELTL, U.S.D.J.

5/29/08