DLA PIPER US LLP
Robin C. Tarr (RT 8166)
Rachel V. Stevens (RS 0350)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Defendant CHAD W. KARASAKI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MARSH USA INC. and MARSH & MCLENNAN COMPANIES INC.,

        Plaintiffs,

- against -

CHAD W. KARASAKI,

        Defendant.
------------------------------------------------------------------------ x

Civil Action No.: 08 Civ. 4195 (JGK)

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that the undersigned law firm hereby enters its appearance as attorneys for Defendant Chad W. Karasaki in this action and requests that all papers be served upon the firm at the address referenced below. The individual attorneys, in the undersigned firm, who are responsible for the litigation are Robin C. Tarr and Rachel V. Stevens.

Dated: New York, New York
    June 2, 2008

              /s/_____
              DLA PIPER US LLP
              Robin C. Tarr (RT 8166)
              Rachel V. Stevens (RS 0350)
              1251 Avenue of the Americas
              New York, New York 10020-1104
              (212) 335-4500
              Attorneys for Defendant Chad W. Karasaki

TO:

Clerk of the Court
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007-1312