UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARSH USA INC. and MARSH &     x
MCLENNAN COMPANIES, INC.     :    Case No.: 08 Civ. 4195(JGK)
                       Plaintiffs,    :
       - against –                  :

CHAD W. KARASAKI,          :

                    Defendant.    :
                                    x

### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* FOR DUANE R. MIYASHIRO

Upon consideration of the motion seeking admission *pro hac vice* for Duane R. Miyashiro to represent plaintiffs Marsh USA Inc. and Marsh & McLennan Companies, Inc. before the United States District Court for the Southern District of New York in the above captioned matter, it is hereby

ORDERED that Duane R. Miyashiro is permitted to appear *pro hac vice* before this Court as counsel to plaintiffs Marsh USA Inc. and Marsh & McLennan Companies, Inc. in the above captioned matter.

Dated: New York, New York
       6/13/, 2008

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

NY1:\1560761\01\XG@H01!.DOC\61809.0004