*EXHIBIT 5*

DLA PIPER US LLP
Robin C. Tarr (RT 8166)
Rachel V. Stevens (RS 0350)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Defendant CHAD W. KARASAKI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

---------------------------------------------------------------- x

MARSH USA INC. and MARSH & MCLENNAN
COMPANIES INC.,

                              Plaintiffs,

          - against -

CHAD W. KARASAKI,

                              Defendant.

---------------------------------------------------------------- x

Civil Action No.: 08 Civ. 4195 (JGK)

STIPULATION EXTENDING
TIME TO RESPOND TO THE
COMPLAINT

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for all parties that the time for Defendant CHAD W. KARASAKI to answer, move, or

otherwise respond to the Complaint is hereby extended to and including June 16, 2008. A

facsimile signature on this Stipulation shall have the same force and effect as an original

signature.

Dated: New York, New York
       June 12, 2008

WEIL, GOTSHAL & MANGES LLP

By: _____
    Gary D. Friedman, Esq. (GDF 6175)
    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    (212) 310-8000
    Attorneys for Plaintiffs Marsh USA Inc. and
    Marsh & McLennan Companies Inc.

DLA PIPER US LLP

By: _____
    Robin C. Tarr, Esq. (RT 8166)
    Rachel V. Stevens, Esq. (RS 0350)
    1251 Avenue of the Americas
    New York, NY 10020
    (212) 335-4500
    Attorneys for Defendant Chad W. Karasaki

SO ORDERED:

_____
JOHN G. KOELTL, U.S.D.J.

6/18/08