DLA PIPER US LLP
Robin C. Tarr (RT 8166)
Rachel V. Stevens (RS 0350)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Defendant CHAD W. KARASAKI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MARSH USA INC. and MARSH & MCLENNAN  : Civil Action No.: 08 Civ. 4195 (JGK)
COMPANIES INC.,                                                      :
                                                                     :
                                     Plaintiffs,                     : NOTICE OF MOTION FOR
                                                                     : ADMISSION *PRO HAC VICE* OF
            - against -                                              : PETER OLSON
                                                                     :
CHAD W. KARASAKI,                                                    :
                                                                     :
                                     Defendant.                      :
-------------------------------------------------------------------- x

PLEASE TAKE NOTICE that upon the annexed Declaration of Rachel V. Stevens, dated June 25, 2008, the annexed Affidavit of Peter Olson, dated June 20, 2008, and all attachments thereto, the undersigned attorney for DEFENDANT CHAD W. KARASAKI, will move this Court on submission before the Honorable John G. Koeltl at the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, Room 1030 New York, New York 10007-1312, for an Order pursuant to Local Civil Rule 1.3(c) of this Court granting Peter Olson admission *pro hac vice* to this Court and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 25, 2008

_____
Rachel V. Stevens (RS 0350)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 335-4500

Attorneys for Defendant
CHAD W. KARASAKI

2

DLA PIPER US LLP
Robin C. Tarr (RT 8166)
Rachel V. Stevens (RS 0350)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Defendant CHAD W. KARASAKI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MARSH USA INC. and MARSH & MCLENNAN COMPANIES INC.,

                                   Plaintiffs,

- against -

CHAD W. KARASAKI,

                                   Defendant.
------------------------------------------------------------------ x

Civil Action No.: 08 Civ. 4195 (JGK)

DECLARATION OF RACHEL V. STEVENS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF PETER OLSON

I, RACHEL V. STEVENS, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney of the law firm DLA Piper US LLP, counsel for Defendant CHAD W. KARASAKI. My office is located at 1251 Avenue of the Americas, New York, New York, 10020.

2. I am a member in good standing of the Bar of the State of New York and of the United States District Court for the Southern District of New York, and respectfully submit this declaration in support of the motion pursuant to Local Civil Rule 1.3(c) of this Court for the admission *pro hac vice* of Peter Olson, a member of the law firm of Cades Schutte, LLP, in its office located at 1000 Bishop Street, 12th Floor, Honolulu, Hawaii, 96813.

3. Mr. Olson is a member in good standing of the Bar of the state of Hawaii, and is an attorney in good standing of the Bars of The United States Supreme Court, Ninth Circuit Court of Appeals and the Untied States District Court for the District of Hawaii. Having worked with Mr. Olson, I believe him to be of high moral character and extremely competent in the practice of law.

4. The Declaration of Mr. Olson affirming his good standing for the bar of Hawaii to which he is admitted is filed herewith. His Certificate of Good Standing for the bar of Hawaii is attached to his accompanying declaration.

5   I further affirm that I am fully familiar with the facts of this case and will assist Mr. Olsen in the preparation of this case.

Dated:  New York, New York
        June 25, 2008

_____
RACHEL V. STEVENS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MARSH USA INC. and MARSH &
MCLENNAN COMPANIES, INC.,

                       Plaintiffs,

                v.

CHAD W. KARASAKI,

                      Defendant.
-------------------------------------------------------------- x

Civil Action No.: 08 Civ. 4195 (JGK)

AFFIDAVIT OF PETER OLSON IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

CITY AND COUNTY OF HONOLULU   )
                                                 ):ss:
STATE OF HAWAII                        )

       PETER OLSON being duly sworn, says:

       1.      I am a member of Cades Schutte, LLP, counsel for defendant Chad Karasaki ("Karasaki") in this matter. My office is located at 1000 Bishop Street, 14th Floor, Honolulu, Hawaii 96813. I submit this affidavit in support of Defendant's motion for my admission pro hac vice in this action.

       2.      I am a citizen of the United States and a resident of the State of Hawaii. I have been a member in good standing of the Bar of the State of Hawaii since 1983. A true and correct copy of my certificate of good standing for the State Bar of Hawaii is attached as Exhibit A.

       3.      I am admitted to practice before the United States District Court for the District of Hawaii, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. I am in good standing and eligible to practice in these courts. I am not currently suspended or disbarred in any courts.

ImanageDB:898831.1

4. There is good cause to grant this application. The Defendant wishes me to be counsel on this matter due to my full familiarity with the facts and legal issues of this particular case.

5. I have never been held in contempt of Court, nor have I ever been censured, suspended or disbarred by any court.

6. I have read and am familiar with:

 (a) the provisions of the Judicial Code which pertain to the jurisdiction of, and practice in, the United States District Courts;

 (b) the Federal Rules of Civil Procedure for the district courts;

 (c) the Federal Rules of Evidence for the United States Courts and Magistrates; and

 (d) the Code of Professional Responsibility of the American Bar Association, and will faithfully adhere thereto.

7. As a part of my admission pro hac vice, I agree:

 (a) to be bound by all procedural rules and disciplinary rules governing the practice of law before this Court;

 (b) to advise the Court if I cease to be a member in good standing of the Bar of the State of Hawaii;

 (c) to continue to work with New York counsel throughout the course of this case; and

 (d) to follow New York customs of practice.

WHEREFORE, I respectfully request that I be admitted to practice before this Court pro hac vice on behalf of the Defendant pursuant to the proposed order annexed hereto.

_____
Peter W. Olson

Sworn to and subscribed before me
this 20th day of June, 2008

_____
Name: Ruth S. Hirayama
Notary Public No. 02-453, State of Hawaii

My commission expires: 9-15-2010

| Doc. Date: 9/20/08 | # Pages: 3 |
|---|---|
| Name: Ruth S. Hirayama (#02-453) | First Circuit |
| Doc. Description: Affidavit of Peter W. Olson in Support of Application for Admission Pro Hac Vice | |
| Signature                    6/20/08 Date | |

NOTARY CERTIFICATION

ImanageDB:898831.1

# In the Supreme Court of Hawai'i,

In the Matter of

PETER W. OLSON
        Attorney at Law.

## CERTIFICATE OF QUALIFICATION

I, .................... K. Hamakado ...................., clerk of the Supreme Court of the State of Hawai'i, do hereby certify that ....................

.................... PETER W. OLSON ....................

is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on .................... October 21, 1983 ....................; is at present an active member of the bar of Hawai'i, in good standing, and has never been suspended for misconduct.

DATED:   Honolulu, Hawai'i,    June 20, 2008.

*[signature]*
Clerk, Supreme Court of Hawai'i.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             : ss.:
COUNTY OF NEW YORK           )

GAYLE B. ZWERLING, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. On the 25th day of June 2008, I caused a true copy of the attached NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF PETER OLSON, DECLARATION OF RACHEL V. STEVENS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF PETER OLSON, AFFIDAVIT OF PETER OLSON IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE and PROPOSED ORDER, to be served by U.S. Mail on counsel at the following address:

Gary D. Friedman, Esq.
Kenneth Gavsie, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

the address designated by them for that purpose. Service by mail was completed by depositing true copies of the aforementioned documents in a properly addressed and postage paid wrapper for First Class delivery into the custody of the United States Postal Service.

                                                            _____
                                                            Gayle B. Zwerling

Sworn to before me this
25th day of June, 2008.

_____
Notary Public

MARCUS L. GRIFFIN
Notary Public, State Of New York
No. 01GR5062272
Qualified in New York County
Commission Expires June 24, 2010

NEWY1\8255192.1