UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARSH USA INC. and MARSH & MCLENNAN
COMPANIES INC.,

                                        Plaintiffs,

                - against -

CHAD W. KARASAKI,

                                        Defendant.

------------------------------------------------------------------- x

```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 6/30/08                  │
└─────────────────────────────────────┘
```

Civil Action No.: 08 Civ. 4195 (JGK)

## PROPOSED *PRO HAC VICE* ORDER

        The Court, having reviewed the Declaration of Rachel V. Stevens, sworn to June

25, 2008, the Affidavit of Peter Olson, sworn to June 20, 2008, and the attached exhibits and the

accompanying Notice of Motion for Admission *Pro Hac Vice* of  Peter Olsen, it is hereby

ORDERED, that the admission of Peter Olson *Pro Hac Vice* is granted.

                                        _____
                                                    U. S. D. J.

Dated: ____6/30/08____