UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSH USA INC. and MARSH & MCLENNAN COMPANIES, INC.

    Plaintiffs,

v.

CHAD W. KARASAKI

    Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-11-08

Civil Action No.: 08 Civ. 4195 (JGK)

**STIPULATION EXTENDING TIME TO RESPOND TO THE COUNTERCLAIMS**

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties that the time for Plaintiffs Marsh USA Inc. and Marsh & McLennan Companies, Inc. to answer, move against, or otherwise respond to the Counterclaims asserted by Defendant Karasaki is hereby extended to and including July 21, 2008. A facsimile signature on this Stipulation shall have the same force and effect as an original signature.

Dated: New York, New York
   July 3, 2008

WEIL, GOTSHAL & MANGES LLP

By: _____
 David R. Fertig, Esq. (DF 5068)
 Gary D. Friedman, Esq. (GF 6175)
 Weil, Gotshal & Manges LLP
 767 Fifth Avenue
 New York, New York 10153
 (212) 310-8000
 Attorneys for Plaintiffs Marsh USA Inc.
  and Marsh & McLennan Companies, Inc.

DLA PIPER US LLP

By: _____
 Robin C. Tarr, Esq. (RT 8166)
 Rachel V. Stevens, Esq. (RS 0350)
 1251 Avenue of the Americas
 New York, New York 10020
 (212) 335-4500
 Attorneys for Defendant
  Chad W. Karasaki

SO ORDERED:

_____
JOHN G. KOELTL, U.S.D.J.

7/10/08