UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARSH USA, INC., et al.,                                    :

                               Plaintiffs,                  :     **ORDER**

          - against -                                       :     08 Civ. 4195 (JGK)(FM)

CHAD W. KARASAKI,                                           :

                               Defendant.                   :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

          Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

        1.     By July 18, 2008, defendant shall produce the remaining documents responsive to plaintiffs' document requests, including any templates of employment agreements to be signed by Aon employees.

        2.     Plaintiffs may depose no more than twelve fact witnesses.

        3.     All discovery shall be completed by August 8, 2008.

        SO ORDERED.

Dated:      New York, New York
             July 14, 2008

                                       FRANK MAAS
                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

Copies to:

Hon. John G. Koeltl
United States District Judge

Gary D. Friedman, Esq./David R. Fertig, Esq.
Weil, Gotshal & Manges LLP
Fax:  (212) 310-8007

Robin Tarr, Esq./Rachel Stevens, Esq.
DLA Piper US LLP (NY)
Fax:  (212) 884-8454/335-4501