DLA PIPER US LLP
Robin C. Tarr (RT 8166)
Rachel V. Stevens (RS 0350)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Defendant CHAD W. KARASAKI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
MARSH USA INC. and MARSH & MCLENNAN          :    Civil Action No.: 08 Civ. 4195 (JGK)
COMPANIES INC.,                                              :
                                                             :
                                    Plaintiffs,              :
                                                             :    NOTICE OF MOTION FOR
                  - against -                                :    ADMISSION *PRO HAC VICE* OF
                                                             :    MARGARET PARKER
CHAD W. KARASAKI,                                            :
                                                             :
                                    Defendant.               :
                                                             :
------------------------------------------------------------ x

        PLEASE TAKE NOTICE that upon the annexed Declaration of Rachel V. Stevens,

dated August 8, 2008, the annexed Affidavit of Margaret Parker, dated July 30, 2008, and all

attachments thereto, the undersigned attorney for DEFENDANT CHAD W. KARASAKI, will move

this Court on submission before the Honorable John G. Koeltl at the United States District Court for

the Southern District of New York, United States Courthouse, 500 Pearl Street, Room 1030 New York,

New York 10007-1312, for an Order pursuant to Local Civil Rule 1.3(c) of this Court granting

Margaret Parker admission *pro hac vice* to this Court and for such other and further relief as this Court

deems just and proper.

Dated:  New York, New York
        August 8, 2008

Rachel V. Stevens (RS 0350)
DLA PIPER US LLP
1251 Avenue of the Americas
New York, NY  10020
(212) 335-4500

Attorneys for Defendant
CHAD W. KARASAKI

2

AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            :  ss.:
COUNTY OF NEW YORK          )

GAYLE B. ZWERLING, being duly sworn, deposes and says:  I am over the age of 18 years and not a party to this action.  On the 8th day of August 2008, I caused a true copy of the attached NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF MARGARET PARKER, DECLARATION OF RACHEL V. STEVENS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF MARGARET PARKER, AFFIDAVIT OF MARGARET PARKER IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE and PROPOSED ORDER, to be served by U.S. Mail on counsel at the following address:

Gary D. Friedman, Esq.
David R. Fernig, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

the address designated by them for that purpose.  Service by mail was completed by depositing true copies of the aforementioned documents in a properly addressed and postage paid wrapper for First Class delivery into the custody of the United States Postal Service.

Gayle B. Zwerling

Sworn to before me this
8th day of August, 2008.

Notary Public

MARCUS L. GRIFFIN
Notary Public, State Of New York
No. 01GR5062272
Qualified in New York County
Commission Expires June 24, 2010

DLA PIPER US LLP
Robin C. Tarr (RT 8166)
Rachel V. Stevens (RS 0350)
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4500

Attorneys for Defendant CHAD W. KARASAKI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                   :
MARSH USA INC. and MARSH & MCLENNAN          :    Civil Action No.: 08 Civ. 4195 (JGK)
COMPANIES INC.,                                                    :
                                                                   :         DECLARATION OF
                                        Plaintiffs,    :        RACHEL V. STEVENS IN
                                                                   :     SUPPORT OF MOTION FOR
               - against -                              :    ADMISSION *PRO HAC VICE* OF
                                                                   :         MARGARET PARKER
CHAD W. KARASAKI,                                       :
                                                                   :
                                        Defendant.     :
                                                                   :
------------------------------------------------------------------ x

I, RACHEL V. STEVENS, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am an attorney of the law firm DLA Piper US LLP, counsel for Defendant

CHAD W. KARASAKI.  My office is located at 1251 Avenue of the Americas, New York, New

York, 10020.

2.    I am a member in good standing of the Bar of the State of New York and of the

United States District Court for the Southern District of New York, and respectfully submit this

declaration in support of the motion pursuant to Local Civil Rule 1.3(c) of this Court for the

admission *pro hac vice* of Margaret Parker, a member of the law firm of DLA Piper US LLP, in its

office located at 153 Townsend Street, Suite 800, San Francisco, CA 94107-1957.

3.    Ms. Parker is a member in good standing of the Bar of the state of California. Having worked with Ms. Parker, I believe her to be of high moral character and extremely competent in the practice of law.

4.    The Declaration of Ms. Parker affirming her good standing for the bar of Califoria to which she is admitted is filed herewith.  Her Certificate of Good Standing for the bar of California is attached to her accompanying declaration.

5    I further affirm that I am fully familiar with the facts of this case and will assist Ms. Parker in the preparation of this case.

Dated:  New York, New York
          August 8, 2008

RACHEL V. STEVENS

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MARSH  USA  INC.  and  MARSH  &  :
MCLENNAN COMPANIES, INC.,          :
                                                      :
                                Plaintiffs,     :        Civil Action No.:  08 Civ. 4195 (JGK)
                                                      :
                    v.                              :        AFFIDAVIT OF MARGARET PARKER
                                                      :        IN SUPPORT OF APPLICATION FOR
CHAD W. KARASAKI,                        :        ADMISSION PRO HAC VICE
                                                      :
                                Defendant.     :
                                                      :
------------------------------------------------------------- x

CITY OF SAN FRANCISCO          )
                                                   ) :ss:
COUNTY OF SAN FRANCISCO   )

         MARGARET L. PARKER being duly sworn, says:

         1.      I am a member of DLA Piper US LLP, counsel for defendant Chad Karasaki

("Karasaki") in this matter.  My office is located at 153 Townsend Street, Suite 800, San

Francisco, CA 94107-1957.  I submit this affidavit in support of Defendant's motion for my

admission pro hac vice in this action.

         2.      I am a citizen of the United States and a resident of the State of California.  I have

been a member in good standing of the Bar of the State of California since 1987.  A true and

correct copy of my certificate of good standing for the State Bar of California is attached as

Exhibit A.

         3.      I also have been admitted to practice before the U.S. District Court for the Eastern

District of California, U.S. District Court for the Northern District of California and U.S. District

Court for the Southern District of California.  I am in good standing and eligible to practice in

these courts.  I am not currently suspended or disbarred in any courts.

4.     There is good cause to grant this application. The Defendant wishes me to be counsel on this matter due to my full familiarity with the facts and legal issues of this particular case.

5.     I have never been held in contempt of Court, nor have I ever been censured, suspended or disbarred by any court.

6.     I have read and am familiar with:

(a)     the provisions of the Judicial Code which pertain to the jurisdiction of, and practice in, the United States District Courts;

(b)     the Federal Rules of Civil Procedure for the district courts;

(c)     the Federal Rules of Evidence for the United States Courts and Magistrates; and

(d)     the Code of Professional Responsibility of the American Bar Association, and will faithfully adhere thereto.

7.     As a part of my admission pro hac vice, I agree:

(a)     to be bound by all procedural rules and disciplinary rules governing the practice of law before this Court;

(b)     to advise the Court if I cease to be a member in good standing of the Bar of the State of California;

(c)     to continue to work with New York counsel throughout the course of this case; and

(d)     to follow New York customs of practice.

WHEREFORE, I respectfully request that I be admitted to practice before this Court pro hac vice on behalf of the Defendant pursuant to the proposed order annexed hereto.

Margaret L. Parker, Esq.

STATE OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me on this 30 day of July, 2008, by Margaret L. Parker, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public

NEWY1\8260815.1



# THE STATE BAR
# OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639                    TELEPHONE: 888-800-3400

July 28, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARGARET LUND PARKER, #129897 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1987; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                :

MARSH USA INC. and MARSH & MCLENNAN     :
COMPANIES INC.,                              :

                          Plaintiffs,    :   Civil Action No.: 08 Civ. 4195 (JGK)

               - against -            :

CHAD W. KARASAKI,                    :

                         Defendant.    :

------------------------------------------------------------------- x

## PROPOSED *PRO HAC VICE* ORDER

        The Court, having reviewed the Declaration of Rachel V. Stevens, sworn to

August 8, 2008, the Affidavit of Margaret Parker, sworn to July 30, 2008, and the attached

exhibits and the accompanying Notice of Motion for Admission *Pro Hac Vice* of  Margaret

Parker, it is hereby

        ORDERED, that the admission of Margaret Parker *Pro Hac Vice* is granted.


                             _____

                                     U. S. D. J.


Dated: _____