UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARSH USA INC. and MARSH & MCLENNAN
COMPANIES INC.,

                                  Plaintiffs,

          - against -

CHAD W. KARASAKI,

                                  Defendant.

------------------------------------------------------------x

Civil Action No.: 08 Civ. 4195 (JGK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2008

## PROPOSED *PRO HAC VICE* ORDER

The Court, having reviewed the Declaration of Rachel V. Stevens, sworn to August 8, 2008, the Affidavit of Margaret Parker, sworn to July 30, 2008, and the attached exhibits and the accompanying Notice of Motion for Admission *Pro Hac Vice* of Margaret Parker, it is hereby

ORDERED, that the admission of Margaret Parker *Pro Hac Vice* is granted.

_____
U. S. D. J.

Dated: 8/17/08